JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARTHA GALLARDO,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, DOES 1 TO 50, INCLUSIVE,<br><br>Defendants. | Case No. 2:21-cv-06615-ODW (DFMx)<br><br>**ORDER GRANTING STIPULATION TO REMAND FROM FEDERAL COURT TO STATE COURT [12]** |

Having considered the Stipulation of Defendant COSTCO WHOLESALE CORPORATION and Plaintiff MARTHA GALLARDO for remand to the Los Angeles County Superior Court (ECF No. 12), the Court hereby **ORDERS** that the Stipulation is **GRANTED**. Pursuant to the terms of the Stipulation, this matter is hereby **REMANDED** to the Los Angeles County Superior Court as Case No. 19STCV43297.

The Clerk of the Court shall close the case.

DATED: October 28, 2021

_____
HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE